494 A.2d 1049

**COMMONWEALTH of Pennsylvania**

v.

**James McGAGHEY, Petitioner.**

Supreme Court of Pennsylvania.

June 20, 1985.

Petition granted, No. 83 E.D. Appeal Docket 1985.